**SO ORDERED.**

**DONE and SIGNED July 18, 2012.**



_Stephen V. Callaway_
**STEPHEN V. CALLAWAY**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: RONNIE RAY CLINTON                    CASE NUMBER: 10BK-10994-S13
       IVORY NELL CLINTON
       (Debtors)

### ORDER TO DIVIDE JOINT CASE

        This case was originally filed as a **JOINT** case, pursuant to 11 U.S.C. § 302 and Bankruptcy Rule 1015. Joint administration was allowed; however, the Court has now been informed through motion that one of the debtors desire a division of this **JOINT** case for both substantive and administrative matters, and desire that the Court divide the joint case into two (2) cases under Chapter 13 of the Bankruptcy Code. The motion and applicable law considered:

        **IT IS HEREBY ORDERED THAT:**

    **(A)**    Upon the payment of $281.00 to the Bankruptcy Clerk of Court the **JOINT** case of **RONNIE RAY CLINTON and IVORY NELL CLINTON** is hereby **DIVIDED** and any consolidation terminated;

    **(B)**    Upon division and termination of consolidation, the Clerk of Court is to assign a new case number for the Debtor, **IVORY NELL CLINTON,** which **NEW** case will be a Chapter 13 proceeding;

    **(C)**    Upon division and termination of consolidation, the Chapter 13 debtors, **RONNIE RAY CLINTON and IVORY NELL CLINTON, SHALL EACH** comply with Bankruptcy Rules 1007 and 1009 within 14 calendar days, and **SHALL EACH** file **NEW AMENDED** lists, inventories, schedules, statements of financial affairs and statements of

executory contracts (previously filed lists, inventories, schedules, statements of financial affairs and statements of executory contracts shall **NOT** be deemed filed in the cases and the new lists shall not include any debt incurred post petition to the original case, unless post petition claims were filed). The Chapter 13 debtors shall comply with all other portions of Bankruptcy Rules 1007 and 1009, there shall be no exceptions;

**(D)**   Upon division and termination of consolidation, the Debtors **SHALL**, also, comply with Bankruptcy Rules 1007 and 1009 and give all notices required by such Rules to the creditors in the newly assigned Chapter 13 debtor case and added post petition creditors in the original case;

**(E)**   The Debtors, **RONNIE RAY CLINTON and IVORY NELL CLINTON, SHALL EACH** file new Chapter 13 Plans showing how they shall each repay their respective creditors; and

**(F)**   If the debtors fail to comply with sub portions **(A), (C)** and **(E)** of this order within 14 calendar days of the notice of this order to the debtors and counsel of record, then the pending Chapter 13 case and/or any newly assigned Chapter 13 case may be dismissed by ex parte motion of the Clerk of Court or the Chapter 13 Trustee with a finding under § 109(g)(1).

# # #